# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong,<br><br>        Plaintiff,<br><br>   v.<br><br>Orange City Mills Limited Partnership et al.,<br><br>        Defendant. | Case No. 8:19-cv-02247-JLS-KES<br><br>**GRANTING STIPULATION AND DISMISSING ACTION PURSUANT TO F.R.C.P. 41(A)(1)(A)** |

Pursuant to the parties' Stipulation (Doc. 63), Defendants FM Restaurants El Torito Opco, LLC and Great Circle Family Foods, LLC are hereby ordered dismissed with prejudice.  The Court also previously dismissed Defendants Orange City Mills Limited Partnership and Orange City Mills Mall GP, L.L.C. from this action.  (Doc. 59.)  Accordingly, the above-captioned matter is DISMISSED WITH PREJUDICE in its entirety.

DATE:  December 18, 2020

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE

1